## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

VICTOR ROMARIO MALDONADO )
BARRIOS, )
           )
           Petitioner, )
           )
v. )       Case No. CIV-26-01336-JD
           )
ROBERT CERNA, et al., )
           )
           Respondents. )

### ORDER

The Court previously dismissed this action with leave to amend for failure to comply with Rule 2(c) of the Rules governing 28 U.S.C. § 2254 cases.[1] [Doc. No. 6]. The Court set a deadline of July 10, 2026, for Petitioner to file an amended petition. *Id.* at 1. That deadline has passed, and Petitioner did not file an amended petition or seek additional time in which to do so. Therefore, the Court DISMISSES this action without prejudice to refiling. A separate judgment will follow.

IT IS SO ORDERED this 13th day of July 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. *See* Rule 1(b) of the Rules Governing Section 2254 Cases; *Boutwell v. Keating*, 399 F.3d 1203, 1210 n.2 (10th Cir. 2005) (confirming that a district court "acted within its discretion by applying the Section 2254 Rules to this § 2241 petition" and citing Rule 1(b)).